| **MAGISTRATE JUDGE CLERK NOTES** ||
|---|---|
| Magistrate Judge: _____COHEN_____ | Date: _____11/4/03_____ |
| | Tape Number: _____DIGITAL RECORD_____ |
| Courtroom Clerk: _____Ellen Hayes_____ | Case Number: _____MJ 02-00470-RBC_____ |
| Case: USA v. _____SENEN SUÁREZ_____ | Defense Counsel: __MARTIN RICHEY_____ |
| AUSA: ____WM. WEINREB_____ | |
| PTSO/PO: ____BASIL CRONIN_____ | Interpreter: ____LUIS SZEKELY_____ |
| **TYPE OF HEARING** ||
| [ X] **Initial Appearance**           [ X] Arrested on<br>[ ] Defendant Sworn            Warrant issued on<br>                                                 12/9/02<br>_____<br>[X ] Advised of Rights        [ ] Arrested on<br>[ ] Requests Counsel          Probable Cause<br>[ ] Will Retain Counsel<br>0n_____<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance<br>[ ] Defendant Released on _____<br>with         conditions<br>[ ] Defendant Consents to Voluntary Detention | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts<br>_____<br><br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District.<br>   Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement | [ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] **STATUS CONFERENCE** | [ ] **FINAL STATUS CONFERENCE** |
| _____HEARING/CONFERENCE SET FOR _____,_____m. ||
| (Federal Defender was appointed by MJ Collings' Clerk.)  INITIAL APPEARANCE BEGUN: USA's oral motion to unseal complaint ALLOWED, to be followed by written motion.  Defendant declines, upon advice of counsel, to respond to Court's routine bail questions.  HEARING CONTINUED TO 11/05/03, 10:00 A.M. ||

(C:\WINDOWS\TEMP\C.Lotus.Notes.Data\SUAREZ.wpd)