| **MAGISTRATE JUDGE CLERK NOTES** ||
|---|---|
| Magistrate Judge: ____COHEN__ for COLLINGS, M.J.__ | Date: __11/5/03__ |
| Courtroom Clerk: _____Ellen Hayes_____ | Recording: _____DIGITAL_____ |
|  | Case Number: __MJ 03–470-RBC__ |
| Case: USA v. ____SENEN SUAREZ____ | Defense Counsel: ___Timothy Watkins___ |
| AUSA: ___Wm. Weinreb___ | Interpreter: ___Luis Szekely_ |
| PTSO/PO: _____ |  |

## TYPE OF HEARING

| | |
|---|---|
| [X] **Initial Appearance**          [ ] Arrested on<br>[ ] Defendant Sworn                Warrant issued<br>[ ] Advised of Charges<br>0n_____<br>[ ] Advised of Rights        [ ] Arrested on<br>[ ] Requests Counsel          Probable Cause<br>[ ] Will Retain Counsel<br>0n_____<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance<br>[ ] Defendant Released on _____<br>with       conditions<br>[ ] Defendant Consents to Voluntary Detention | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts<br>_____<br><br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement | [ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] **STATUS CONFERENCE** | [ ] **FINAL STATUS CONFERENCE** |

_____HEARING/CONFERENCE SET FOR
_____,_____m.

Initial appearance resumed: USA moves for detention and continuance of hearing: ALLOWED; DETENTION HEARING AND PRELIM. EXAM. SET FOR 11/10/03, 11:45 A.M., BEFORE COLLINGS, M.J.

Ordered further temporarily detained.

| **MAGISTRATE JUDGE CLERK NOTES** ||
|---|---|
| Magistrate Judge: _____COHEN  for COLLINGS, M.J._ | Date: _11/5/03_ |
| Courtroom Clerk: _____Ellen Hayes_____ | Recording: _____DIGITAL_____ |
| | Case Number: _MJ 03–470-RBC_ |
| Case: USA v. _____SENEN SUAREZ_____ | Defense Counsel: ___Timothy Watkins___ |
| AUSA: ___Wm. Weinreb___ | Interpreter: ___Luis Szekely_ |
| PTSO/PO: _____ | |

| **TYPE OF HEARING** ||
|---|---|
| [X] **Initial Appearance**    [ ] Arrested on<br>[ ] Defendant Sworn          Warrant issued<br>[ ] Advised of Charges<br>0n_____<br>[ ] Advised of Rights      [ ] Arrested on<br>[ ] Requests Counsel        Probable Cause<br>[ ] Will Retain Counsel<br>0n_____<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance<br>[ ] Defendant Released on _____<br>with      conditions<br>[ ] Defendant Consents to Voluntary Detention | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts<br>_____<br><br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement | [ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [ ] **STATUS CONFERENCE** | [ ] **FINAL STATUS CONFERENCE** |

_____HEARING/CONFERENCE SET FOR _____,_____m.

Initial appearance resumed:   USA moves for detention and continuance of hearing: ALLOWED; DETENTION HEARING AND PRELIM. EXAM. SET FOR 11/10/03, 11:45 A.M., BEFORE COLLINGS, M.J.

Ordered further temporarily detained.

(C:\MyFiles\mycrimnotes.wpd)

(C:\MyFiles\mycrimnotes.wpd)