# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    MAGISTRATE JUDGE'S DOCKET
                          NO. 02M0470RBC

SENEN SUAREZ.

## ORDER

COLLINGS, U.S.M.J.

    Until such time as it verified through fingerprint identification as to whether the defendant is PEDRO SUAREZ (a legal resident alien A#09198289) or SENEN SUAREZ (an illegal alien A#028768216), I shall detain the defendant.

                                          */s/ Robert B. Collings*
                                          ROBERT B. COLLINGS
                                          United States Magistrate Judge

Date: November 26, 2003