UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    ) CRIMINAL NO.: 03-10384-RWZ
                            )
           v.               ) VIOLATIONS:
                            )
SENEN SUAREZ,               )
                            ) 21 U.S.C. § 841(a)(1) -
           Defendant.       ) Possession with Intent to
                            ) Distribute and Distribution
                            ) of Cocaine Base ("Crack")
                            )

                           INDICTMENT

COUNT ONE:    (21 United States Code, Section 841(a)(1) -
              Possession with Intent to Distribute and
              Distribution of Cocaine Base ("Crack"))

The Grand Jury charges that:

   On or about June 7, 2002, at Fall River, and elsewhere in the District of Massachusetts,

                          SENEN SUAREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

   The grand jury further charges that the violation alleged in this count involved 50 grams or more of a mixture or substance containing cocaine base, also known as "crack."

   All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).



COUNT TWO:    (21 United States Code, Section 841(a)(1) –
              Possession with Intent to Distribute and
              Distribution of Cocaine Base ("Crack"))

The Grand Jury further charges that:

On or about September 5, 2002, at Fall River, and elsewhere in the District of Massachusetts,

**SENEN SUAREZ**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

The grand jury further charges that the violation alleged in this count involved 50 grams or more of a mixture or substance containing cocaine base, also known as "crack."

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 17, 2003 @ 12:22 pm
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK