

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 17, 2004

Honorable Robert B. Collings
United States Magistrate Judge
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:  United States v. Senen Suarez,
     Criminal No. 03-10384-RWZ

Dear Judge Collings:

   At the defendant's arraignment on December 23, 2003, the Court requested that the government contact the Bureau of Immigration and Customs Enforcement in an effort to determine the defendant's immigration status and the full extent of his criminal history. The results of those inquiries are set forth below, and supporting documents are attached. Copies have been sent to the United States Pretrial Services Agency and to defendant's counsel.

   The defendant was taken into custody in this case by the United States Marshal Service ("USMS") on November 4, 2003. As part of the booking process, he was photographed and fingerprinted. Copies of the photographs and inked impressions taken by the USMS are enclosed.

   At the defendant's initial appearance on November 5, 2003, he testified (among other things) that his name is PEDRO SUAREZ, that his date of birth is 3/15/67, and that he has siblings living in the Boston, Massachusetts area.

   Attached to this letter is an INS document entitled "Record of Deportable Alien" for a man identified as SENEN DE JESUS SUAREZ-PEREZ, A28-768-216, DOB: 3/15/67. It states that the man was arrested by the United States Border Patrol on December 4,

Honorable Robert B. Collings
February 17, 2004
Page 2

1987, after entering the United States near San Ysidro, California, without inspection  The man was photographed and fingerprinted.  The man stated that his purpose for entering the United States was to visit siblings in the Boston, Massachusetts area.  The man identified his father as "Silvano Suarez" and his mother as "Sonia Perez."  On June 6, 1988, the man failed to appear for a scheduled deportation hearing and his case was closed pending his arrest.  As is reflected in the enclosed Massachusetts State Police "Report of Investigation" dated January 6, 2004 (the "MSP Report"), the fingerprints taken by the USMS when they arrested the defendant in this case match those taken by the INS in 1987 of the man identified in the INS "Record of Deportable Alien" as SENEN DE JESUS SUAREZ-PEREZ, A28-768-216, DOB: 3/15/67.  (The photographs of the defendant taken by the USMS likewise resemble the photograph taken by the INS in 1987 of SENEN DE JESUS SUAREZ-PEREZ.)

Also attached to this letter is an INS "green card" file for a man identified as PEDRO SUAREZ-PEREZ, A91-989-289, DOB: 3/15/67.  It states that the man was admitted to the country on 12/01/90.  The "green card" file includes the man's photograph and thumb print from December 1990, as well as an updated photograph and thumb print from December 2002.  Although no fingerprint comparison was performed, the photographs in the "green card" file (particularly the December 2002 photograph) match the photographs of the defendant taken by the USMS in November 2003.  Thus, it appears that the defendant is known to the INS by two different names and "A" numbers.  (A request for the complete INS file for A91-989-289 is pending.)

Also attached to this letter is a Marlborough Police Department Arrest Report dated September 26, 1997.  The report reflects that on September 26, 1997, a man identified as SENEN D. SUAREZ-PEREZ, DOB: 03/15/67, was arrested and charged in Marlborough District Court with illegal possession of a Class B substance.  The man was photographed and fingerprinted.  He identified his father as "Silvano Perez" and his mother as "Sonia Perez."  On July 31, 1998, the man was convicted and sentenced to 90 days in the house of correction.  The sentence was suspended, and the man was placed on two years' probation.  As is reflected in the attached MSP Report, the man's fingerprints match those of the defendant.  Their photographs match as well.

Also attached to this letter is a Boston Police Department Arrest Report dated September 27, 2003.  It reflects that on

Honorable Robert B. Collings
February 17, 2004
Page 3

September 27, 2003, a man identified as PEDRO ANTONIO SUAREZ, DOB: 03/15/57, was arrested and charged in West Roxbury District Court with distribution of Class B drugs and distribution of Class B drugs in a school zone. The man was photographed and fingerprinted. The man identified his father as "Silvano Suarez" and his mother as "Sonia Pena." As is reflected in the attached MSP Report, the man's fingerprints match those of the defendant. Their photographs match as well.

In sum, the attached documents show that the defendant first came to the government's attention on December 4, 1987, when he was arrested after entering the country illegally near San Ysidro. The man identified himself to the INS as "Senen Suarez-Perez," DOB: 3/15/67, child of Silvano Suarez and Sonia Perez, with siblings living in the Boston area. He was assigned "A" number 287-68-216 and was ordered to attend a deportation hearing, for which he failed to appear. The fingerprints taken at that time match the fingerprints obtained by the USMS when they arrested the defendant on November 4, 2003.

On or about December 1, 1990, the defendant appears to have obtained permanent legal resident status from the INS under a different "A" number (919-89-289) using a different first name ("Pedro") but the same last name and birth date. The photographs associated with this "A" number, particularly the more recent one, matches the defendant's appearance.

On September 26, 1997, the defendant was arrested on a drug charge by the Marlborough Police Department. It appears from the arrest report that the defendant identified himself as "Senen Suarez-Perez," DOB: 3/15/67, child of Silvano Suarez and Sonia Perez. The fingerprints taken at that time match the fingerprints taken by the INS when defendant entered the country illegally in 1987, as well as the fingerprints taken by the USMS when defendant was arrested in November 2003.

On September 27, 2003, the defendant was again arrested on a drug charge, this time by the Boston Police Department. This time, the defendant identified himself as "Pedro Suarez," but he gave similar birth date and parent-name information as he had during his previous arrests in 1987 and 1997 under the name "Senen Suarez" (i.e. DOB of 3/15/57 vs. 3/15/67, father's name of Silvano Suarez, and mother's name of Sonia Pena vs. Sonia Perez). Once again, the fingerprints taken at the time of the arrest match the fingerprints taken following defendant's 1987 illegal

Honorable Robert B. Collings
February 17, 2004
Page 4

entry arrest, his September 1997 Marlborough Police Department arrest, and his November 2003 USMS arrest. The photograph taken at the time also matches the photographs taken on those earlier occasions.

If the government can be of any further help in this matter, please let me know.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                       By: _____
                                      WILLIAM D. WEINREB
                                      Assistant U.S. Attorney

Encls.
Cc: Thomas M. O'Brien,
    United States Pretrial Services Officer (w/encls.)
    Michael A. Paris, Esq. (w/encls.)