UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SENEN SUAREZ

CRIMINAL NO.: 03-10384-RWZ

MOTION TO CONTINUE CONFERENCE

Now comes the Defendant and respectfully requests that the Conference scheduled for February 10, 2003 be continued for at least three weeks for the following reasons:

1. The Defendant has just retained Attorney Paris last week to represent him in this matter;
2. Attorney Paris needs more time to familiarize himself with the case;
3. Attorney Paris has three depositions in Springfield, Mass. scheduled for Tuesday, February 10, 2004.
4. Assistant U.S. Attorney Weinreb assents to this Motion.

Defendant, by his attorney,

_____
Michael A. Paris, BBO#389220
77 Franklin Street
Boston, MA 02110
617-542-5000

FEB 2004

ALLOWED to 2/12/04 at 3:00 pm