UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 03-10384-RWZ |
| ) | |
| SENEN SUAREZ,           ) | |
| ) | |
| Defendant.          ) | |

JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties hereby jointly file the following status report in connection with the initial status conference on February 27, 2004.

1. Local Rule 116.3 Timing Requirements

The parties are not requesting relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

Barring a stipulation, the government expects to offer expert testimony regarding the drugs seized in this case. The government will produce expert discovery no later than 30 days before trial, and the defendant will produce reciprocal expert discovery no later than 14 days before trial.

3. Additional Discovery

The government does not anticipate providing additional discovery.

4. Motion Date

The parties do not anticipate the need for a motions date at this time.

5. <u>Speedy Trial Act Calculations</u>

The parties will confer on the periods excludable from all Speedy Trial Act calculations and will submit a proposed order for the Court if requested.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for a date in early April 2004 and that all time between the date of the initial status conference and the date of the final status conference be excluded from the Speedy Trial Act calculations.

Respectfully submitted,

| | |
|---|---|
| SENEN SUAREZ<br>By his attorney<br><br>/s/ Michael A. Paris<br>Michael A. Paris, Esq.<br>77 Franklin Street<br>Boston, MA 02110<br>(617) 542-5000 | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>By: /s/ William D. Weinreb<br>William D. Weinreb<br>Assistant U.S. Attorney<br>United States Courthouse<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3222 |