# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                         CRIMINAL NO. 2003-10384-RWZ

SENEN SUAREZ,
       Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

      An Initial Status Conference was held on February 26, 2004; counsel for the defendant was present.

      The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    The time is extended to cob 3/19/2004.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than THIRTY (30) working days before trial;* the defendant shall comply with his reciprocal obligations respecting

discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than FOURTEEN (14) working days before trial.*

(3)   No.

(4)   No motions will be filed.

(5)   *See* Order of Excludable Delay entered this date.

(6)   Unknown whether there will be a plea; the trial would five days.

(7)   The Final Status Conference is set for *Monday, April 5, 2004 at 3:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)   *See* ¶¶ (1)-(4), *supra.*

(2)   It does not.

(3)   None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 15, 2004.