# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2003-10384-RWZ

SENEN SUAREZ,
       Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/17/2003 - Indictment returned.

12/23/2004 - Arraignment

11/17/2003 - 2/26/2004 -   Filing to completion of hearings and decision on Government's Motion for Detention.

12/24/2003 - 1/20/2004 - Excluded as per L.R. 112.2(A)(2)

2/26/2004 - Conference held.

2/27 - 4/4/2004 -   Continuance granted so that the defendant's counsel may complete his investigation. I find

      that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of April 4, 2004, NO (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

      /s/ Robert B. Collings
      ROBERT B. COLLINGS
      United States Magistrate Judge

March 15, 2004.