UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SENEN SUAREZ

CRIMINAL NO.: 03-10384-RWZ

### MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now comes the Defendant and respectfully requests that the Conference scheduled for Monday April 5, 2004 at 3:30pm be continued to Friday April 23, 2004 for the following reasons:

1. The Defendant's Attorney Paris is Jewish and the first day of Passover begins at sundown Monday night.

2. Attorney Paris' wife is not well and he has a great deal of shopping and work to do Monday at home to get ready for the holiday and prepare for the Passover meal.

3. Defendant agrees to exclude the time between April 5, 2004 and the new date April 23, 2004.

4. Assistant U.S. Attorney Weinreb assents to this Motion.

Defendant, by his attorney,

_[signature]_
Michael A. Paris, BBO#389220
77 Franklin Street
Boston, MA 02110
617-542-5000

APR - 2 2004

See ORDER, Etc., entered this date.

_[signature]_
ROBERT B. COLLINGS
United States Magistrate Judge