# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.               CRIMINAL NO. 2003-10384-RWZ

SENEN SUARUEZ,
        Defendant.

## *ORDER ON MOTION TO CONTINUE FINAL STATUS CONFERENCE*

COLLINGS, U.S.M.J.

    It is ORDERED that the Motion to Continue Final Status Conference be, and the same hereby is, ALLOWED to the extent that the Final Status Conference is CONTINUED to Thursday, April 15, 2004 at 12:45 P.M. It is FURTHER ORDERED that the Motion to Continue Final Status Conference be, and the same hereby is, OTHERWISE DENIED. While the Court does not have a problem granting the continuance to the 15th, it is the Court's opinion that the time is not excludable under the Speedy Trial Act.

                                          /s/ Robert B. Collings
                                          ROBERT B. COLLINGS
April 2, 2004.                       United States Magistrate Judge