UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.  03-10384-RWZ |
| ) | |
| **SENEN SUAREZ** ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
TO VACATE SCHEDULING ORDER
AND TO RETURN CASE TO DISTRICT COURT**

The United States Attorney, by and through its undersigned counsel, respectfully moves the Court to vacate its April 15, 2004 Order scheduling a further final status conference in this matter and to return the case to the District Court Judge for a Rule 11 hearing.  In support of this motion, the government states as follows:

1.   On April 15, 2004, the Court conducted a final status conference in this matter.  All issues were resolved except for defendant's request for additional time in which to review a Merit Systems Protection Board report that had been produced by the government in discovery.  The Court granted defendant's request for additional time and scheduled a further final status conference for April 30, 2004.

2.   Government counsel and defense counsel have conferred and agree that no further final status conference is necessary. Defendant does not intend to seek additional discovery arising from his review of the report.  Defendant has decided to enter a change of plea and wishes that the case be returned to the District Court

Judge for a Rule 11 hearing.

WHEREFORE, the government, with defendant's assent, respectfully moves that the Court (1) vacate its April 15, 2004 Order scheduling a further final status conference and (2) return this case to the District Court Judge for a Rule 11 hearing.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:   /s/ William Weinreb
       WILLIAM D. WEINREB
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Senen Suarez's attorneys, Michael A. Paris, Esq. and Oriosto Medrano Santana, Esq., 77 Franklin Street, Boston, MA 02110, this 30th day of April, 2004.