```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**       )
                                    )
      v.                            )   Case No.  03-10384-RWZ
                                    )
**SENEN SUAREZ**                    )

**GOVERNMENT'S ASSENTED-TO
MOTION TO SCHEDULE RULE 11 HEARING**

The United States Attorney, by and through its undersigned counsel, respectfully moves the Court to schedule a Rule 11 hearing in the above-captioned case. In support of this motion, the government states that proceedings before the Magistrate Judge have concluded and defense counsel has informed the government that defendant wishes to enter a change of plea.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  /s/ William Weinreb
     WILLIAM D. WEINREB
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon Senen Suarez's attorneys, Michael A. Paris, Esq. and Oriosto Medrano Santana, Esq., 77 Franklin Street, Boston, MA 02110, this 30th day of April, 2004.