## UNITED STATES DISTRICT COURT
## FIRST CIRCUIT DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18 P 3:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Senen Suarez, <br><br>         Defendant, <br><br> Vs. <br><br> The United States Of America, <br><br>         Plaintiff. | Case No. 03-10384-RWZ <br><br> Notice of Motion for free copy of all transcripts pertaining to any and all proceedings held under this action: |

Honorable Rya W. Zobel, Presiding Judge:

**PLEASE TAKE NOTICE**, that upon the annexed sworn affidavit of the above-named Defendant Senen Suarez, Prison Reg. No. 24980-038 held at the Federal Medical Center, Devens, P.O. Box 879, Ayer, MA. 01432. And all the proceedings had held herein, the Defendant will move this Honorable Court, on such date and time to be determined by the Hon. Court, for an Order furnishing this indigent Defendant, free of charge, with copies of any and all transcripts pertaining to this action, and to all testimony of the complaining witness(es), as testified to at the Grand Jury proceedings held in this above Captioned case, and for such other and further relief as to this Court may seem just and proper.

Dated: January 11, 2005

To:  The United States Attorney
     for the District of MA.
     1 Courthouse Way
     Boston, Ma. 02210

     File

Respecfully submitted,

*Senen Suarez*
Senen Suarez, Defendant,
Pro-Se
Reg. No. 24980-038
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA. 01432