UNITED STATES DISTRICT COURT
FIRST   CIRCUIT DISTRICT OF
MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18  P 3: 50

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Senen Suarez,<br><br>        Defendant,<br><br>Vs.<br><br>The United States of America,<br><br>        Plaintiff. | Affidavit in Support<br>of Motion for free copy<br>of all Transcripts<br>pertaining to any and<br>all proceedings held<br>under this action: |

    **Defendant Senen Suarez,** being duly sworn deposes and says:

1. I am the Defendant in the above-named Caption and I am of age and sound mind, and am familiare with all the facts involved in the above-named caption.

2. That I sign this Affidavit in support of my Motion to be furnished, free of charge, copies of any and all transcripts pertaining to all proceedings held on the above-named caption, and to all testimony given by the witness(es) as testified to at the Grand Jury proceedings.

3. I am unable because of my indigence to pay for the cost of such copies and transcripts, that I only receive from my wife one hundred dollars a month for my cosmetics and other needs such as laundry detergent since in the federal system none is supplied, and also body soap, and certains medications such as asprine.

4. That  I am proceeeding as Pro-Se in this request.

1

5.  I believe that these transcripts are vital in preperation for any defense possible under the Blakely, Apprendi, Ring, and Booker and Fanfan issues once the Supreme Court hands out it's decision in the above-mentioned case.

Dated:  January 11, 2005

Respectfully submitted,

*[signature]*

Senen Suarez, Defendant,
Pro-Se
Reg. No. 24980-038
Federal Medical Center,
Devens, P.O. Box 879
Ayer, MA. 01432

Sworn to before me this
11th day of January, 2005,
by the aforementioned inmate
Senen Suarez, Reg. No. 24980-038
known to me to be such inmate.

NAME *[signature]* TITLE Case Manager
AUTHORIZED BY ACT OF JULY 7, 1955,
AS AMENDED, TO ADMINISTER OATHS
(18 USC 4004)
1/12/05

_____

Notary Public

2