UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 03-10384-RWZ

SENEN SUAREZ

v.

UNITED STATES OF AMERICA

ORDER

February 10, 2005

ZOBEL, D.J.

    Defendant was sentenced to a term of imprisonment of 70 months on August 17, 2004. The case was closed. He has now filed a motion seeking transcripts of all proceedings in this case, including Grand Jury testimony, all at government expense. In an affidavit, he justifies the request on the ground that they are vital in the preparation of a petition, presumably under 28 U.S.C. § 2255, raising "Booker and Fan-Fan issues."

    The motion is denied as it is difficult to see how the transcripts defendant seeks are relevant to the questions he proposes to present. This ruling is without prejudice to defendant's filing of a § 2255 petition if he so chooses.

|  |  |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |