UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SENEN SUAREZ

05 10758 RWZ

CRIMINAL NO.: 03-10384-RWZ

MAGISTRATE JUDGE _____

## MOTION UNDER 28 USC SEC 2255 TO VACATE AND SET ASIDE SENTENCE

Now comes the Defendant, presently imprisoned at FMC Devens, Ayer, Massachusetts, and respectfully moves that this Court vacate and set aside his sentence in this case and resentence him taking into account the Supreme Court decision of US v. Booker, 125 S. Ct. 738 and US v. Heldeman (1st Cir 3/29/05), because it is submitted that this Court might well have given a different sentence if the advisory guideline regime had been in force, as can be seen from the Court's comments at sentencing (transcript of sentencing attached hereto).

The relevant information pertaining to the case is as follows:

1) The Defendant was sentenced on August 17, 2004 by this Court;

2) The sentence was to a term of imprisonment for 70 months and supervised release of three years;

3) The nature of the offense was two counts of Possession with Intent to Distribute Cocaine under 21 USC Sec. 841(a)(1);

4) The Defendant pleaded guilty to both Counts;

5) The Defendant has filed no previous Motions for this relief.

As grounds for this Motion the Defendant reiterates that this Court expressed her opinion that if she were not bound by the sentencing guidelines she "would not have to impose a sentence that I frankly regard as high".

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding and requests a hearing.

*/s/ Michael A. Paris*
Michael A. Paris, attorney for
Defendant,
BBO no. 389220
77 Franklin Street
Boston, MA 02110
617-542-5000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the Attorney of record for each other party by mail (by hand)
On_____