Date: 3-5-08

Hon. RYA. W. ZOBEL
c/o  CLERK OF COURTS.
Deputy Clerk
United States District Court

Dear CLERK :

    I was sentenced by Judge ZOBEL on 8/2004 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 12-1-08.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely, *Senen Suarez*

Name: SENEN SUAREZ  24980-038

Address: PINE PRAIRIE C.C.

P.O.BOX.650

PINE PRAIRIE, LA. 70576

Telephone: 337-599-2198