ATTORNEY ASSIGNMENT REQUEST

Defendant: **SENEN SUAREZ**  Case & Defendant Number **03CR10384-RWZ**

Date of Appointment:_____   Appointed by:_____

Attorney Withdrawn_____   Date of Withdrawal_____

Reason for Withdrawal_____

Number of Counts_____

Charge(s) and Cite(s)_____

_____

Indictment_____    Information_____    Probation Revocation_____

Number of Defendants_____

Judge Code_____

Special Instructions: Please assign a CJA attorney for review and/or re-sentencing of defendant under the new amended crack cocaine guidelines.

_____

_____

_____

_s/ Lisa A. Urso
Deputy Clerk

Dated 3/12/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd