UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10384-RWZ |
| ) | |
| SENEN SUAREZ ) | |

NOTICE OF APPEARANCE

Undersigned counsel, Timothy G. Watkins, hereby files his appearance on behalf of defendant, Edwin C. Fortes, concerning his Motion for Reduction in Term of Imprisonment the above-captioned matter.

```
                                SENEN SUAREZ
                                By His Attorney:


                                /s/Timothy G. Watkins
                                Timothy G. Watkins
                                  B.B.O. #567992
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

_____I, Timothy G. Watkins, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 17, 2008.

```
                                /s/ Timothy G. Watkins
                                Timothy G. Watkins
```