

# MEMORANDUM

**To:**      Karen Back, USAO
             Syrie D. Fried, Esq.

**From:**    Martha C. Victoria
             U.S. Probation Officer

**Re:**      Summary of Sentry Records for Senen Suarez
             Dkt. #03-CR-10384

**Date:**    May 7, 2008

This memo is being provided to the parties pursuant to the Court's March 17, 2008 procedural order.

### General Information

The defendant is being held at MDC-Brooklyn. His case manager is J. Bencebi, who can be reached at 718-840-4200, x4612. His projected release date is December 1, 2008.

### Discipline

Sentry records reflect that the defendant has had no disciplinary action.

### Education and Treatment

Sentry records indicate that the defendant has participated in Spanish GED-preparation classes, as well as various other educational courses.

### Work History

Sentry records reflect that the defendant has been employed with an unassigned work detail.