AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of __MASSACHUSETTS__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 03CR10384-01-RWZ |
| SENEN SUAREZ ) | USM No: |
| ) | Timothy G. Watkins |
| Date of Previous Judgment: 8/17/04 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  __27__           Amended Offense Level:  __25__
Criminal History Category:  __I__         Criminal History Category:  __I__
Previous Guideline Range:  __70__ to __87__ months   Amended Guideline Range:  __57__ to __71__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __8/17/04__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __May 9, 2008__                    _____
                                                 Judge's signature

Effective Date:  _____                Rya W. Zobel, USDJ
              (if different from order date)     Printed name and title